# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00852-JLK

CAROL VALVERDE,

Plaintiff,

v.

LAW OFFICES OF KENNETH E. DAVIDSON and
CHECKWAY, INC.

Defendants.

## ORDER OF DISMISSAL

THE COURT having reviewed the Stipulation of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) and (ii) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice against all Defendants, with each party to pay her or its own attorney's fees and costs.

Date July 14, 2010

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT JUDGE